**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

IN THE UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

Johniel Marrero and Ziggy Zigler-Marrero

Debtors,

**NO.** 12-22833 TWD

ORDER APPROVING POSTCONFIRMATION MODIFICATION OF PLAN

THIS MATTER having come before the Court on the Debtor's motion for post-confirmation approval of the amended plan filed ~~March 4, 2014~~ February 2, 2014, proper notice having been given, the Court having examined the files and records, and having considered oral argument, if any, it is

Order Modifying Plan   Page -1-

Vondra Law Firm, PLLC
15600 Redmond Way, Ste 201
Redmond, WA 98052
Office: (425) 629-6398

ORDERED that the amended plan filed March 4, 2014, shall become the plan, pursuant to 11 U.S.C. §1329(b) and

ORDERED that the terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the amended plan.

**///End of Order///**

Presented by:

/s/Adria Vondra_____
Adria Vondra WSBA 40883
Attorney for Debtors

Order Modifying Plan   Page -2-

Vondra Law Firm, PLLC
15600 Redmond Way, Ste 201
Redmond, WA 98052
Office: (425) 629-6398