Entered on Docket May 25, 2017

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JOHNIEL J MARRERO and<br><br>ZIGGY J ZIGLER-MARRERO,<br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 12-22833-TWD<br>~~AMENDED~~<br>AGREED ORDER RESOLVING<br>TRUSTEE'S MOTION TO DISMISS<br>CASE |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 72). The Trustee and debtors agree that the debtors did not turnover $5,067.00 in tax refunds to the Trustee for tax years 2014 and 2015. Based on the agreement of the parties, it is

ORDERED that:

1) The debtors shall make a $5,067.00 payment to the Trustee representing the due tax refunds for tax years 2014 and 2015. The debtors shall send the funds so that they are received and posted by the Trustee by January 31, 2018;

2) By May 31, 2017, the debtors shall provide the Trustee with a copy of the debtors' 2016 federal income tax return. If the debtors receive a tax refund, they shall pay the Trustee all amounts more than $1,800.00 so that the funds are received and posted by the Trustee by June 30, 2017;

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

3) In addition to the tax refund payment for tax years 2014 and 2015, the debtors shall pay sufficient funds to the Trustee by January 31, 2018 to complete their Chapter 13 case. The funds must be received and posted by the Trustee by January 31, 2018;

4) If the debtors fail to comply with any term of this order, the Trustee may submit an *ex parte* order dismissing this case after sending electronic mail notice to debtors' counsel at avondra@vondralawfirm.com ten (10) days prior to the submission of the order;

5) This order does not affect the rights of creditors or parties in interest under the terms of the debtors' plan.

///End of Order///

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Approved:

*/s/ Adria Vondra* [approved via email]
Adria Vondra, WSBA #40883
Attorney for Debtor(s)

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 12-22833-TWD    Doc 79    Filed 05/25/17    Ent. 05/25/17 14:55:26    Pg. 2 of 2